# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re:**

| | |
|---|---|
| **LISA MICHELLE CONRAD,** | Case No.: 8:17-bk-07257-RCT |
| | Chapter 7 |
| **Debtor.** | |
| _____/ | |
| **CHRISTINE L. HERENDEEN,** as Chapter 7 Trustee of the estate of LISA MICHELLE CONRAD, | Adv. No.: 8:18-ap-00056-RCT |
| **Plaintiff,** | |
| v. | |
| **SOUTHERN AUTO FINANCE COMPANY, LLC,** a Florida limited liability company, and **SAFECO INSURANCE COMPANY OF AMERICA,** a New Hampshire corporation, | |
| **Defendants.** | |
| _____/ | |

### JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL
### WITH PREJUDICE AS TO SAFECO INSURANCE COMPANY OF AMERICA

**COMES NOW** Plaintiff, Christine L. Herendeen, the Chapter 7 Trustee of the bankruptcy estate of Lisa Michelle Conrad ("Plaintiff"), and Defendant, Safeco Insurance Company of America, a New Hampshire corporation ("Safeco," collectively with Plaintiff, the "Parties"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), file this *Joint Stipulation for Final Order of Dismissal with Prejudice as to Safeco Insurance Company of America.* By submission of this Stipulation for Final Order of Dismissal, the submitting counsel represents that the opposing party consents to its entry. Pursuant to this stipulation, the Parties agree to entry of the Agreed Final Order of Dismissal by which:

1. An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2. The claims of Plaintiff are being dismissed with prejudice as to Safeco.

3. Plaintiff and Safeco each shall bear their own attorneys' fees and costs as to one another in this adversary proceeding.

4. Nothing in this stipulation shall be construed as affecting any rights of any non-settling party.

Dated October 19, 2018

Respectfully Submitted,

| | |
|---|---|
| **LASH WILCOX & GRACE PL** | **BUTLER WEIHMULLER KATZ CRAIG LLP** |
| 4950 W. Kennedy Blvd., Suite 320 | 400 N. Ashley Dr. |
| Tampa, Florida  33609 | Tampa, FL 33602 |
| Phone: (813) 289-3200 | Phone: (813) 281-1900 |
| Facsimile: (813) 289-3250 | Facsimile: (813) 281-0900 |
| Counsel for Plaintiff | Counsel for GC Services |
| /s/ Thomas A. Lash | /s/ Ryan K. Hilton |
| **THOMAS A. LASH, ESQ.** | **RYAN K. HILTON, ESQ.** |
| Florida Bar No. 849944 | Florida Bar No. 304610 |
| e-mail: tlash@lashandwilcox.com | e-mail: rhilton@butler.legal |

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Thomas A. Lash attests that concurrence in the filing of this paper has been obtained*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2018, I presented this Stipulation for Final Order of Dismissal with Prejudice to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system, which electronically served a copy on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Thomas A. Lash
　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY