[Dntcpsca] [District Notice Scheduling Pretrial/Status Conference Adversary]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 8:17–bk–07257–RCT
                                                Chapter 7
Lisa Michelle Conrad


_____Debtor*_____/

Christine L Herendeen



        Plaintiff*


vs.                                             Adv. Pro. No. 8:18–ap–00056–RCT


Southern Auto Finance Company, LLC, a Florida
limited liability company



_____Defendant*_____/

### NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602, on January 29, 2019, at 01:30 PM , before the Honorable Roberta A. Colton, Judge United States Bankruptcy Judge.

2. Parties are reminded to comply with all requirements of Local Rule 7001–1.

3.Avoid Delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

                                FOR THE COURT
Dated: December 18, 2018        Sheryl L. Loesch , Clerk of Court
                                Sam M. Gibbons United States Courthouse
                                801 North Florida Avenue, Suite 555
                                Tampa, FL 33602


*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.